IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES J. FITZGERALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:10-cv-01222 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Griffin |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff James J. Fitzgerald's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed with an attached brief (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response (Doc. No. 19), to which Mr. Fitzgerald filed a Reply (Doc. No. 20). Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report"), recommending the Motion be granted. (Doc. No. 21.) The Report was entered on December 21, 2012, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 36.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **GRANTS** Mr. Fitzgerald's Motion, **REVERSES** the decision of the Commissioner, and **REMANDS** the case to the Commissioner for further proceedings. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the _22nd_ day of January, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT